MONTANA HYMEL                                    NO. 21-KH-704

VERSUS                                           FIFTH CIRCUIT

LOCK5, L.L.C.                                    COURT OF APPEAL

                                                 STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Susan S. Buchholz*
Susan S. Buchholz
First Deputy, Clerk of Court

December 16, 2021

Susan Buchholz
First Deputy Clerk

**IN RE** MONTANA HYMEL

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT,
PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
STEVEN C. TUREAU, DIVISION "D", NUMBER 16,7491

Panel composed of Judges Fredericka Homberg Wicker,
Marc E. Johnson, and Robert A. Chaisson

**WRIT GRANTED; MATTER REMANDED WITH INSTRUCTIONS**

Relator, Montana Hymel, seeks review of the district court's denial of his

application for an out-of-time appeal.  For the reasons that follow, we grant relator

the relief requested.

On March 12, 2018, relator pled guilty to vehicular homicide, in violation of

La. R.S. 14:32.1.  The plea agreement did not include a specific sentence; rather, it

provided that the district court would determine relator's sentence after reviewing a

pre-sentence investigation report.  On July 9, 2018, the district court sentenced

relator to fifteen years imprisonment at hard labor with five years to be served

without benefit of parole, probation, or suspension of sentence.  At sentencing, the

district court informed relator of the time period for filing an APCR but did not

advise him of the time delays for filing a motion for appeal or of the right to appeal

his sentence.  Relator did not file a motion for appeal.

However, on May 7, 2020, relator filed an application for post-conviction relief in the district court requesting an out-of-time appeal, which was denied on September 21, 2020. Relator thereafter sought review in this Court, and on January 14, 2021, this Court vacated the district court's judgment and granted relator's writ "for the limited purpose of remanding this matter to the district court to hold a Counterman hearing at which it will determine whether relator is entitled to an out-of-time appeal." *Hymel v. Lock5, L.L.C.,* 20-KH-374 (La. App. 5 Cir. 1/14/21) (unpublished writ disposition). In doing so, this Court stated:

> Upon considering the circumstances of this case, particularly that defendant's plea agreement did not include a specific sentence and that defendant was not informed of his right to appeal his sentence or the time period for filing an appeal, we find that defendant should have a hearing under the rule of State v. Counterman, 475 So.2d 336 (La. 1985) to determine whether he is entitled to an out-of-time appeal. La. C.Cr.P. art. 881.2(A)(2) precludes a defendant from appealing a sentence imposed in conformity with a plea agreement and set forth in the record at the time of the plea. This limitation, however, does not apply when a specific sentence or sentencing range is not agreed to by both parties as part of a plea agreement. State v. Morales, 12-21 (La. App. 5 Cir. 10/30/12), 102 So.3d 1038, 1041. There is a constitutional right in Louisiana to an appeal. La. Const. art. 1, § 19; State v. Arceneaux, 07-692 (La. App. 5 Cir. 3/25/08), 983 So.2d 148, 150-51, writ denied, 08-0892 (La. 11/10/08), 996 So.2d 1067. Only the defendant can waive this right and any waiver of right to appeal must be an informed one. Id.

Pursuant to this Court's directive, the district court conducted a *Counterman* hearing on October 13, 2021. After considering the testimony and evidence presented, the district court denied relator's request for an out-of-time appeal, finding relator was "substantially notified of his right to appeal."

Having thoroughly reviewed relator's writ application, including the transcripts from the guilty plea proceeding, the sentencing proceeding, and the *Counterman* hearing, and the applicable law and jurisprudence, we find that the record does not support the district court's determination that relator was "substantially notified of his right to appeal." Defendant did not plead guilty in

2

exchange for a specified sentence. As such, he was constitutionally entitled to appeal his sentence. While relator was advised of his rights at the guilty plea proceeding, he had not yet been sentenced at that time. The transcript from the sentencing proceeding clearly reflects that when relator was sentenced, he was only advised of the time delays for filing an application for post-conviction relief. He was not advised that he could appeal his sentence or of the time delays for appealing. As there is nothing in the record to indicate that defendant was advised of his right to appeal his sentence or that he knowingly and voluntarily waived this right, we find that the district court abused its discretion in denying relator's application for an out-of-time appeal.

Accordingly, we vacate the district court's October 13, 2021 judgment and remand the matter to the district court with instructions to grant relator's request for an out-of-time appeal with regard to the imposed sentence.

Gretna, Louisiana, this 16th day of December, 2021.

**RAC**
**FHW**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **12/16/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-KH-704**

### E-NOTIFIED

23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (DISTRICT JUDGE)
Emily Posner (Relator)                    Grant L. Willis (Respondent)

### MAILED

Lock5, L.L.C. (Respondent)                James E. Boren (Relator)
14235 Lockhart Lane                       Attorney at Law
Walker, LA 70785                          830 Main Street
                                          Baton Rouge, LA 70802

12/16/21

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lock5, L.L.C.
14235 Lockhart Lane
Walker, LA 70785
21-KH-704                    12-16-21

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3627 82

2. Article Number (Transfer from service label)

7016 2070 0000 0954 6137

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☒ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

12/16/21

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James E. Boren
Attorney at Law
830 Main Street
Baton Rouge, LA 70802
21-KH-704                    12-16-21

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2434 6249 3628 12

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 5376

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X  Bourgeois
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
12/20/21

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt